Citibank, N.A., Appellant, 
against
Valerie Colucci, et al., Occupants, and Thomas Colucci, Respondent.




Knuckles, Komosinski & Manfro, LLP (Stuart L. Kossar of counsel), for appellant.
Staten Island Legal Services (Jeanette Cepeda and Logan Schiff of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Richmond County (Marina C. Mundy, J.), entered May 23, 2017. The order granted a motion by occupant Thomas Colucci to dismiss so much of the petition as is against him in a summary proceeding brought pursuant to RPAPL 713 (5).




ORDERED that the order is reversed, without costs, and the motion by occupant Thomas Colucci to dismiss so much of the petition as is against him is denied.
Petitioner purchased the premises at a sale held pursuant to a judgment of foreclosure that had been entered in an action in the Supreme Court, Richmond County. All of the occupants were subsequently served, by conspicuous-place service, with 10-day notices to vacate and attorney-certified copies of the referee's deed. After petitioner commenced this summary proceeding pursuant to RPAPL 713 (5), Thomas Colucci (occupant) moved to dismiss so much of the petition as is against him on the ground that affixing the deed to the door of the premises did not satisfy the exhibition requirement of RPAPL 713 (5), citing this court's decision in Home Loan Servs., Inc. v Moskowitz (31 Misc 3d 37 [App Term, 2d Dept, 2d, 11th & 13th Jud Dits 2011]). The Civil Court granted occupant's motion.
This court has recently held that service of a certified copy of a deed by means other than personal delivery satisfies the exhibition requirement of RPAPL 713 (5) and no longer adheres to the decision in Home Loan Servs., Inc. v Moskowitz (see Plotch v Dellis, ___ Misc 3d ___, 2018 NY Slip Op 28116 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2018]). Accordingly, the order is reversed and occupant's motion is denied.
ALIOTTA, J.P., PESCE and WESTON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 29, 2018